UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61670-CIV-ROSENBAUM

GUARANTEE INSURANCE COMPANY,
*et al.*,

          Plaintiffs,

v.

BRAND MANAGEMENT SERVICE, INC.,
*et al.*,

          Defendants.
_____/

## ORDER REQUIRING PARTIES TO FILE NOTICE OF MEDIATOR SELECTION; ORDER REQUIRING DEFENDANTS TO FILE REPLY BRIEF

This matter is before the Court upon a review of the record. On December 14, 2012, this Court entered a Scheduling Order requiring that the parties file a notice by February 15, 2013, indicating whether they have agreed on a mediator. See D.E. 82. To date, no such notice has been filed.

Further, on February 7, 2013, Defendants filed a motion seeking leave to amend their affirmative defenses. D.E. 93. Plaintiffs timely filed a brief in opposition to Defendants' motion in which they argue that leave to amend should be denied because any amendment would be futile and Defendants' amended defenses are insufficient as a matter of law. D.E. 95. The time for Defendants to file a reply brief addressing these issues expired on March 7, 2013, but no reply brief has been filed.

Accordingly, it is **ORDERED and ADJUDGED** that the parties shall file a notice indicating

whether they have selected a mediator no later than **March 21, 2013**.  It is further **ORDERED** that Defendants shall a reply brief in support of their motion to amend by **March 21, 2013**.  Failure to comply with this Order may result in sanctions being imposed on the offending party or parties, including denial of Defendants' motion to amend.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of March 2013.

*[signature]*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:

The Honorable Barry S. Seltzer
Counsel of Record