UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61670-CIV-ROSENBAUM

GUARANTEE INSURANCE COMPANY,
*et al.*,

        Plaintiffs,

v.

BRAND MANAGEMENT SERVICE, INC.,
*et al.*,

        Defendants.

_____/

**ORDER DIRECTING CLERK TO APPOINT MEDIATOR**

        This matter is before the Court upon a review of the record.  On March 22, 2013, the Court granted the parties until March 28, 2013, to agree on a mediator for this case.  D.E. 102.  The Court's order also provided that if the parties did not agree on a mediator, one would be appointed by the Court.  *Id.*  To date, the parties have not agreed on a mediator.  Accordingly, it is **ORDERED and ADJUDGED** that the Clerk of the Court shall appoint a mediator for this case from the List of Certified Mediators.

        **DONE and ORDERED** in Fort Lauderdale, Florida, this 9th day of May 2013.

*/s/ Robin S. Rosenbaum*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Clerk of the Court