UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61670-CIV-ROSENBAUM/SELTZER

GUARANTEE INSURANCE COMPANY,
et al.,

    Plaintiffs,

v.

BRAND MANAGEMENT SERVICE, INC.,
et al.,

    Defendants.
_____/

## ORDER REQUIRING PROPOSED MEDIATION SCHEDULING ORDER

This matter is before the Court upon a review of the record. On December 14, 2012, this Court entered an Order referring this case to mediation, which the parties are to accomplish by September 13, 2013. D.E. 82. That Order also required the parties to submit to the Court a proposed order scheduling mediation, setting forth the name of the mediator and the date, time, and location of mediation, by June 14, 2013. *Id.* at 1.

On May 13, 2013, after the parties advised the Court that they had "inadvertently" failed to inform the Court of their selected mediator, the Court granted the parties' motion to appoint James Chaplin, Esq., as the mediator in this case. D.E. 118. The parties did not, and have not, filed a proposed order scheduling mediation or otherwise informed the Court when their mediation will take place. Instead, on August 6, 2013, Defendants—unopposed by Plaintiffs—moved to extend all deadlines in the case by forty-five days. D.E. 138. The Court denied the requested extension of time. D.E. 139.

Accordingly, the deadline for the parties to submit a proposed order scheduling mediation has long since passed.  Therefore, it is **ORDERED that on or before Friday, September 6, 2013**, the parties shall file with this Court the required proposed order scheduling mediation, indicating the agreed date, time, and place for completing mediation.  Failure to comply with this deadline and the deadline for completing mediation may result in the imposition of sanctions on the offending party or parties.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 30th day of August 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record