UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  12-61670-CIV-ROSENBAUM/SELTZER

GUARANTEE INSURANCE COMPANY,
*et al.*,

        Plaintiffs,

v.

BRAND MANAGEMENT SERVICE, INC.,
*et al.*,

        Defendants.
_____/

## ORDER SCHEDULING MEDIATION

This matter is before the Court on the Plaintiffs' Agreed Motion for Entry of Proposed Mediation Scheduling Order [D.E. 162].  It is **ORDERED** that Plaintiffs' Motion is **GRANTED** and Adam J. Berner, Esq., is designated as mediator.  The mediation conference in this matter shall be held with Adam J. Berner, Esq., on Tuesday, September 10, 2013, at 1:00 p.m. at 260 Madison Avenue, 18th Floor, New York, New York 10016.  This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of the Court.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 6th day of September 2013.

                              ROBIN S. ROSENBAUM
                              UNITED STATES DISTRICT JUDGE

Copies to:

Mediator
Counsel of record